IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CYNTHIA JILES**                                                                                        **PLAINTIFF**

**v.**                        **CASE NO. 4:14CV00009 BSM**

**ERIC K. SHINSEKI, Secretary,**
**DEPARTMENT OF VETERANS AFFAIRS**                                     **DEFENDANT**

## ORDER

*Pro se* plaintiff Cynthia Jiles's request to withdraw her complaint [Doc. No. 14 ] is granted. Pursuant to plaintiff's notice of voluntary dismissal, this case is hereby dismissed.

IT IS SO ORDERED this 9th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE