IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CYNTHIA JILES**                                                                    **PLAINTIFF**

**v.**                        **CASE NO: 4:14CV00009 BSM**

**ERIC K. SHINSEKI, Secretary**
**DEPARTMENT OF VETERANS AFFAIRS**                         **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

DATED this 9th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE